AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Eastern District of Arkansas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Calvin Dewayne Barker ) | Case No: 4:00-cr-00237-01 GTE |
| ) | USM No: 22231-009 |
| Date of Previous Judgment: 10/15/2001 ) | Jerome Kearney |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.   [✓] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __122__ months is reduced to __"TIME SERVED"__ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS

The Court finds that it lacks the authority to alter the PSR's determination that Defendant's criminal history category was IV. It has, however, considered the prior felony conviction omitted from the PSR in considering whether to exercise its discretion to reduce Defendant's sentence.

Except as provided above, all provisions of the judgment dated __10/15/2001__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __03/31/2008__

_Judge's signature_

Effective Date: ASAP but not later than 4-11-08
(if different from order date)

G. Thomas Eisele, Sr. District Judge
Printed name and title